UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | No. 2:16 CR 35 |
| ) | |
| **ALLEN MCGEE.** ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 18), to which the defendant has not objected,[1] and subject to this court's consideration of the Plea Agreement (DE # 14) pursuant to Fed. R. Crim. P. 11(c)(3), the Magistrate Judge's findings are now **ADOPTED**, defendant's plea of guilty to the offense charged in Count 5 of the Indictment (DE # 1) is now hereby **ACCEPTED**, and defendant is adjudged guilty of that offense. A sentencing date will be set under separate order.

**SO ORDERED.**

Date: March 21, 2017

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT

---

[1] Objections to the report and recommendation were due March 17, 2017. (DE # 18.)